

**NACS NORTH AMERICAN Credit Services, Inc.**

2810 Walker Rd • Chattanooga, TN 37421-1082
(800) 467-5654 • (423) 894-5654
Mon - Thu: 8:00am - 7:30pm • Fri: 8:00am - 4:45pm

Idalmis Mendeztejera
538 Conway Rd Apt F
Orlando, FL 32807-1108

Statement Date: December 30, 2020
Re: See reverse side
Date of Service: See reverse side
File #: 8072430
Balance: $4,133.99

Our office has received an additional account owed by you to our client. This account has been combined into your file, and as required by the FDCPA, we are sending you notice of the additional account as it has impacted your total outstanding balance due.

Please contact us to discuss payment plan options at (800) 467-5654. You can make payments online, by telephone, and/or through the mail.

Sincerely,
**Collections Department, Ext 399**

## PAYMENTS OPTIONS

**ONLINE**
Manage your account online:
https://nacspayonline.com
Use authorization code:
80724302984

**PHONE**

Use the QR Code to Self Manage your payment or Pay by Phone:
(800) 467-5654

**MAIL**
Pay by mailing check or money order payable to North American Credit Services using the remit coupon below.

We also accept Visa, MasterCard, and American Express.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR CONSUMER RIGHTS

--- *** Please detach below and return in the enclosed envelope with your payment *** ---

PO BOX 182221
CHATTANOOGA, TN 37422-7221

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE


| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT ENCLOSED |

December 30, 2020



Idalmis Mendeztejera
538 Conway Rd Apt F
Orlando, FL 32807-1108

File #: 8072430
Balance: $4,133.99

**MAKE CHECKS PAYABLE AND REMIT TO:**

NORTH AMERICAN CREDIT SERVICES
PO BOX 182221
CHATTANOOGA, TN 37422-7221

NAC2 / 1761 - 1762 / AAT032015244    5172 / 000002642

## ACCOUNT SUMMARY

| Date of Service | Patient Name | Client Name | Patient Number | Amount |
|---|---|---|---|---|
| 7/7/2020 | Idalmis Mendeztejera | AdventHealth Orlando | 92241819 | $4,113.19 |
| 7/30/2018 | Idalmis L Mendez | AdventHealth Med Group Radiology at Central Florida | 2109663-17999671 | $20.80 |

## NOTICE TO CONSUMER AND RIGHTS

Unless you contact this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This collection agency is licensed by the Collections Service Board, Tennessee Department of Commerce and Insurance.

Please take a moment to read what is available to assist you in the processing of this debt. Our staff is trained to provide a high level of professional assistance to consumers and we expect each person to be treated with dignity and respect. Contacting us in regards to feedback does not affect your ability to dispute your debt. While we may not be able to avoid debt crisis at times together we can work through them.

- Take advantage of our consumer web page for reviewing your account, setting up payment arrangements, sending comments or other important information to resolve your account.
- How were you treated by our staff? We want to know.

NACS has a separate Campus Compliance Division that will review all complaints made by a consumer about how you were served by our staff. To file a customer service, security or privacy complaint you may call 1-800-868-6897 ext. 645, email us at complaints@nacscom.com or mail to:

NACS/Compliance Audit Division
PO Box 22815
Chattanooga, TN 37422