UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00707-PGB-GJK

IDALMIS MENDEZ,

    **Plaintiff,**

v.

ADVENTIST HEALTH SYSTEM/SUNBELT INC,
AND NORTH AMERICAN CREDIT SERVICES
INC.,

    **Defendants.**
_____/

## SUMMONS IN CIVIL ACTION

To:

    Adventist Health System/Sunbelt Inc
    c/o Jeff Bromme
    900 Hope Way
    Altamonte Springs Florida 32714

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, 17th Floor, Fort Lauderdale, Florida 33301
Phone: 561-542-8550 / E-mail: Tom@jibraellaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                        *Signature of Clerk of Deputy Clerk*