# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IDALMIS MENDEZ,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No: 6:22-cv-707-PGB-DAB**

**NORTH AMERICAN CREDIT SERVICES, INC. and ADVENTIST HEALTH SYSTEM/SUNBELT, INC.,**

        **Defendants.**
_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 29). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on July 15, 2022.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties